In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00107-CV
_____

IN RE MARK ANTHONY PETERSIMES

**Original Proceeding**
**435th District Court of Montgomery County, Texas**
**Trial Cause No. 02-05-03239-CV**

**MEMORANDUM OPINION**

In this original proceeding, Mark Anthony Petersimes asks this Court to order

the trial court to vacate an order sealing documents filed in a civil commitment

proceeding.[1] *See generally* Tex. Health & Safety Code Ann. § 841.143 (West 2017)

(certain records filed in a civil commitment proceeding must be sealed); *see also*

---

[1] Petersimes filed a procedurally defective petition. *See* Tex. R. App. P. 52.3. Additionally, he failed to certify that he served a copy of the petition on the State as the real party in interest. *See* Tex. R. App. P. 9.5. We use Rule 2, however, to look beyond these deficiencies to reach an expeditious result. *See* Tex. R. App. P. 2.

Tex. R. Civ. P. 76a.2(a)(2) (excluding from Rule 76a documents in court files to which access is otherwise restricted by law).

A writ of mandamus is an extraordinary remedy that will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). After considering the petition and examining the exhibits contained in the appendix, we conclude that Petersimes has not established that he is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on April 17, 2019
Opinion Delivered April 18, 2019

Before McKeithen, C.J., Kreger, and Horton, JJ.

2